UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rang Dong Joint Stock Company, | No. 2:18-cv-03195-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| J.F. Hillebrand USA, Inc., et al., | |
| Defendants. | |

Plaintiff Rang Dong Joint Stock Company has filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* ECF No. 68. Despite arguing in a recent filing that "the courts of Germany have exclusive jurisdiction over [Rang Dong's] claims," Suppl. Memo. at 3, ECF No. 67, defendant J.F. Hillebrand opposes dismissal, *see* ECF No. 69.

Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41 (a)(1)(A)(i). Here, defendants have not filed an answer or a motion for summary judgment. The court is unpersuaded by Hillebrand's argument that the court's orders on defendants' motions to dismiss converted those motions into motions for summary judgment. *See Swedberg v. Marotzke*, 339 F.3d 1139, 1142–45 (9th Cir. 2003) (requiring district court to "take some affirmative action" to convert Rule 12(b)(6) motion to motion for summary judgment before that motion could preclude Rule 41(a)(1) notice of

1

voluntary dismissal from taking effect); *see also* Order at 11, ECF No. 62 ("The court grants Blue Eagle's motion to dismiss."). This case is **dismissed**. *See Duke Energy Trading & Mktg., L.L.C. v. Davis*, 267 F.3d 1042, 1049 (9th Cir. 2001) ("Once the notice of dismissal has been filed, the district court loses jurisdiction over the dismissed claims and may not address the merits of such claims or issue further orders pertaining to them." (citation omitted)); *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999) ("[I]t is beyond debate that a dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it.").

       IT IS SO ORDERED.

DATED: August 23, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE